1  Joshua R. Woodard (#015592)
   Jessica A. Van Ranken (#036389)
2  SNELL & WILMER L.L.P.
   1 E. Washington St., Suite 2700
3  Phoenix, Arizona 85004-2556
   Telephone: 602.382.6000
4  Facsimile: 602.382.6070
   E-Mail: jwoodard@swlaw.com
5          jvanranken@swlaw.com
6  *Attorneys for Defendants Wrigley Mansion Holdings, LLC and WMC, Inc.*
7
8  Joshua W. Carden (#021698)
   Carden Livesay, Ltd.
9  419 East Juanita Avenue, Suite 103
   Mesa, Arizona 85204
10 480.345.9500
   joshua@cardenlivesay.com
11
   *Attorney for Plaintiff Ryan Elese Alonzo*
12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ryan Elese Alonzo, | No. 2:22-cv-02144-DWL |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Wrigley Mansion Holdings, LLC and WMC, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff Ryan Elese Alonzo and Defendants Wrigley Mansion Holdings, LLC and WMC, Inc., by and through undersigned counsel, hereby jointly stipulate and agree to dismiss with prejudice Plaintiff's claims against the Defendants. Each party shall bear its own attorneys' fees and costs. By filing this Stipulation, the parties stipulate, agree, and respectfully request that the Court enter the accompanying proposed form of order that is filed concurrently herewith and has been approved by the parties through undersigned counsel.

4891-2027-4041

1  RESPECTFULLY SUBMITTED this 29th day of August, 2023.

SNELL & WILMER L.L.P.

By: *s/Jessica A. Van Ranken*
Joshua R. Woodard
Jessica A. Van Ranken
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Defendants Wrigley Mansion Holdings, LLC and WMC, Inc.*

CARDEN LIVESAY, LTD.

By: *s/Joshua W. Carden* (with permission)
Joshua W. Carden
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204

*Attorney for Plaintiff Ryan Elese Alonzo*

4891-2027-4041