# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Elese Alonzo,<br><br>       Plaintiff,<br><br>v.<br><br>Wrigley Mansion Holdings LLC, et al.,<br><br>       Defendants. | No. CV-22-02144-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 15).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 30th day of August, 2023.

Dominic W. Lanza
United States District Judge